```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DI
```

FILED
JUL 1 4 2008
JUL 14 2008
MICHAEL W. DOBBINS

08CV3983
JUDGE SHADUR
MAG. JUDGE MASON

United States of America,
        Plaintiff

    v.                          Case No.  03-CR-172
                                    Hon. Judge Joan H. Lefko

Edward Thomas Jung,
        Defendant

## MOTION FOR THE TRIAL JUDGE TO RULE
## ON DEFENDANT'S §2255 MOTION

    Defendant, Edward Thomas Jung, <u>Pro Se</u>, respectfully moves the Court for entry of an order allowing the trial judge in the above-captioned case, the Honorable Judge Joan H. Lefko, to rule on defendant's §2255 motion filed contemporaneously with this request. Defendant sets forth the following in support of the motion:

    1. Judge Lefko was the trial judge in the matter which commenced in January, 2004 and lasted approximately two weeks;

    2. Over 17 months later, the Honorable Judge Milton Shadur conducted defendant's sentencing hearing and on May 25, 2005 imposed a 109 month term of imprisonment; $21,000,000 in restitution; and a three year term of supervised release;

    3. At sentencing, Judge Shadur acknowledged his lack of first-hand familiarity with defendant's case and stated, "I have ruled the way that I did based on what I was able to glean, although I was dealing with this as you know secondhand." (GA 7);

(1)

4. In <u>Gall vs. United States</u>, 552 U.S. (2007) the Supreme Court referenced the advantage of the trial court in determining a sentence with the following quote, "The sentencing judge is in a superior position to find facts and judge their import under §3553(a) in the individual case. The judge sees and hears evidence, makes credibility determinations, has full knowledge of the facts and gains insights not conveyed by the record." (pp 13)

5. In <u>The Federal Criminal Code and Rules</u> (2008) addressing §2255 proceedings, it stated again, the desirability of the trial judge ruling on §2255 motions, referencing the "almost unanimously endorsed" case dealing with this issue, <u>Carvell vs. United States</u>, 173 F. @ 348-349 (4th Cir. 1949) "it is highly desirable in such cases that motions be passed on by the judge who is familiar with the facts and circumstances surrounding the trial." (pp 255)

6. The <u>Federal Criminal Code and Rules</u> continues in the Section §2255 Proceedings with a statement concerned with giving the trial judge the opportunity to rule on the §2255 motion, "Because the trial judge is throughly familiar with the case, there is obvious administrative advantage in giving him the opportunity to decide whether there are grounds for granting the motion." (pp 256)

7. The statement of Judge Shadur expressed the difficulty of dealing with the defendant's case "secondhand", and the above referenced quotes point to the judicial advantage of giving the trial judge the opportunity of ruling on the §2255 motion.

(2)

WHEREFORE, for the reason stated above, defendant respectfully moves the Court for an order to allow the trial court, presided over by the Honorable Judge Joan H. Lefko, to review, consider and rule on defendant's §2255 motion.

Respectfully submitted,

*/s/ E. Thomas Jung*

Edward Thomas Jung
15820-424
Federal Prison Camp
P.O. Box 1085
Oxford Wis.  53952