# United States District Court
# Northern District of Illinois

*Judge Lefkow CH*

In the Matter of

USA

v.

Edward Thomas Jung

Case No. 08 C 3983

Designated Magistrate Judge
Michael T. Mason

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Joan Humphrey Lefkow** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Milton I. Shadur

Dated: July 21, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan Humphrey Lefkow**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **JUL 2 3 2008**

Reassignment by Agreement (Rev. 9/99)

I agree that case number **08C3983** should be reassigned to my calendar as specifically set forth below:

This action arises from criminal case 03 CR 172 which was assigned to my calendar.

---

☐   It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):

☒   It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_____
Judge Joan Humphrey Lefkow

Dated: __JUL 2 2 2008__