## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States of America

                Plaintiff,

v.                                        Case No.: 1:08–cv–03983

                                        Honorable Joan H. Lefkow

Edward Thomas Jung

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

       MINUTE entry before the Honorable Joan H. Lefkow:Motion of Edward Thomas Jung for the trial judge to rule on defendant's 2255 motion [3] is denied as moot – this case was reassigned to Judge Joan H. Lefkow on 7/23/2008. The government's response to motion of Edward Thomas Jung to vacate, set aside, or correct sentence [1] is due by 9/5/2008; Edward Thomas Jung's response is due by 9/8/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.