UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States of America
                    Plaintiff,

v.                                        Case No.: 1:08−cv−03983
                                        Honorable Joan H. Lefkow

Edward Thomas Jung
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:The minute order entered on 8/5/2008 setting briefing schedule is corrected in that the date for Edward Thomas Jung to file his reply in support of his motion to vacate, set aside, or correct sentence [1] will be 10/8/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.